AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-22-07 |
| NAME OF SERVER (PRINT) Michael Crudele | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 130 Broadway Newburgh NY
Sheila Warren

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

Michael Crudele
Signature of Server

66 Hickory Dr
Campbell Hall NY 10916
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

S.W., by her parent and natural guardian, J.W., individually and on behalf of others, et al

V.

SHEILA WARREN, sued individually, and as Director of Early Intervention Services, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV. 5708

JUDGE CONNER

TO: (Name and address of Defendant)

SHEILA WARREN, individually, and as Director of Early Intervention Services for Orange County, ORANGE COUNTY DEPARTMENT OF HEALTH and COUNTY OF ORANGE
c/o Orange County Clerk, 255-275 Main Street, Goshen, New York 10924

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSSMAN & WATKINS
Attorneys for Plaintiffs
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUN 1 5 2007

CLERK                                                                   DATE

(By) DEPUTY CLERK