UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------x
S.W., by her parent and natural guardian, J.W.,
individually and on behalf of all others similarly
situated; A.W., by her parent and natural guardian
A.W., individually and on behalf of all others
similarly situated; B.F. by his parent and natural
guardian, P.F., individually and on behalf of all
others similarly situated; J.F. and P.F., by their
parent and natural guardian, A.F., individually and
on behalf of all others similarly situated; L.T., by
her parent and natural guardian, R.T., individually
and on behalf of all other similarly situated,

                           Plaintiffs,

-against-

SHEILA WARREN, sued individually, and as
Director of Early Intervention Services for Orange
County, ORANGE COUNTY DEPARTMENT
OF HEALTH, COUNTY OF ORANGE,

                           Defendants.
------------------------------------------------------------x

STIPULATION EXTENDING DEFENDANTS TIME TO ANSWER
07 CIV. 5708
Judge Conner

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**IT IS HEREBY STIPULATED** and agreed that the time for all Defendants to appear

and to Answer, or to make any Motion with relation to the Summons and Complaint in

this action, be and the same hereby is extended to and including the **10th day of August,**

**2007.**

_____(3497)_____
MICHAEL SUSSMAN, ESQ.
SUSSMAN & WATKINS
Attorney for Plaintiffs
PO Box 1005
Goshen, NY 10924

_____
DAVID L. DARWIN (DD 8340)
Orange County Attorney on behalf
of the defendants
255 Main Street
Goshen, NY 10924

Dated: July 6, 2007

Dated: July 6, 2007

SO ORDERED: July 11, 2007 White Plains, NY

_William C. Conner_____
Hon. William C. Conner

COPIES MAILED TO COUNSEL OF RECORD for Δs
+ EMAILED TO πs' COUNSEL