UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
S.W., by her parent and natural guardian, J.W.,
individually and on behalf of all others similarly
situated; A.W., by her parent and natural guardian
A.W., individually and on behalf of all others similarly
situated; B.F. by his parent and natural guardian, P.F.,
individually and on behalf of all others similarly
situated; J.F. and P.F., by their parent and natural
guardian, A.F., individually and on behalf of all others
similarly situated; L.T., by her parent and natural
guardian, R.T., individually and on behalf of all
others similarly situated,

        Plaintiffs,

  -against-

SHEILA WARREN, sued individually, and as
Director of early Intervention Services for Orange County,
ORANGE COUNTY DEPARTMENT OF HEALTH,
COUNTY OF ORANGE,

        Defendants.
-------------------------------------------------------------X

Docket No.: 07 CIV. 5708

**ORDER**

UPON the letter application of Lamb & Barnosky, LLP, dated August 2, 2007, seeking an extension of time for defendants to appear, answer or make a motion with relation to the Summons and Complaint in this action, and good reason appearing therefore,

IT IS HEREBY ORDERED, that the time for defendants Sheila Warren, sued individually, and as Director of Early Intervention Services for Orange County, Orange County Department of Health and County of Orange to appear, answer or make a motion with relation to the Summons and Complaint served and filed in this action is hereby extended to and including October 10, 2007.

Dated: August 3, 2007

            _William C. Conner_
            Hon. William C. Conner