EXHIBIT 1



University Hospital and
Manhattan Campus for
the Albert Einstein College
of Medicine

**Beth Israel Medical Center**
The Alan and Barbara Mirken
Department of Neurology
Phillips Ambulatory Care Center
10 Union Square East
New York, NY 10003
Tel:  212 844- 6944
Fax:  212 844- 6945

**STEVEN WOLF, MD**
DIRECTOR, PEDIATRIC EPILEPSY
**PATRICIA MCGOLDRICK, CPNP**

12/15/04

Re: Alexa Wilson
DOB: 6/21/02

This child has been diagnosed with pervasive developmental disorder using the CARS scale. She requires immediate placement of ABA therapy at home for 35-40 hours per week with a full day ABA based program beginning September 2005.

She should continue all existing services, as well.

Yours truly,

Steven Wolf, MD

Patty McGoldrick, NP