EXHIBIT 3


## Minisink Valley Central School District
### P.O. Box 217
### Slate Hill, NY 10973
### 845-355-5105

**Preschool Individualized Education Program**
**2005-2006**

In compliance with federal and state regulations this document may not be disclosed to any other person.

### Student and Guardian Information

| | | |
|---|---|---|
| **Student Name:** Alexa Wilson | **Birth Date:** 06/21/2002 (3:1) | **Alt ID#:** 17696 |
| **Native Language:** English | **Interpreter:** No | **Gender:** Female |
| **Address:** 540 South Centerville Road | | **City:** Middletown |
| **State:** NY | **Zip:** 10940 | **County:** Orange |
| **Home #:** (845) 355-7023 | | |
| **Guardian:** Robin Wilson | **Native Lang.:** English | |
| **Relation:** Father | **Interpreter:** No | **Mobile #:** |
| **Guardian:** Anita Wilson | **Native Lang.:** English | |
| **Relation:** Mother | **Interpreter:** No | **Mobile #:** |

**Special Alerts:**
Student has physical or medical needs which impact on his/her education. Student uses a walker to negotiate environment.

### Recommended Classification and Placement Information:

| | |
|---|---|
| **Committee:** Committee on Preschool Special Education | **Meeting Date:** 08/09/2005 |
| **Reason:** Program Review | |
| **Disability:** Preschool Student with a Disability | **Decision:** Classified Preschool |
| **School:** Inspire-Kids | **Grade:** Preschool |
| **Projected Start:** 09/06/2005 | **End By:** 06/23/2006 |
| **Review By:** 06/30/2006 | **Reevaluation By:** 10/15/2007 |
| **Special Transportation:** Yes - County Bus Requested | |
| **Extended Year:** Ineligible | |

### Recommended Programs and Services:

| Program/Service | Start | End | Ratio | Freq | Period | Duration | Location |
|---|---|---|---|---|---|---|---|
| Special Class with 1:1 Aide | 09/06/2005 | 06/23/2006 | 12-1-3 | 5 | Weekly | 5 hrs | Non-Integrated |
| Occupational Therapy | 09/06/2005 | 06/23/2006 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| Physical Therapy | 09/06/2005 | 06/23/2006 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| SEIT | 09/06/2005 | 11/18/2005 | 1-1 | 5 | Weekly | 2 hrs | |
| SEIT - Indirect | 09/06/2005 | 11/18/2005 | | 1 | Weekly | 1 hr | |
| SEIT - Indirect - Team Meeting | 09/06/2005 | 11/18/2005 | | 1 | Monthly | 1 hr | |
| Speech/Language Therapy | 09/06/2005 | 06/23/2006 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| Vision Services | 09/06/2005 | 06/23/2006 | 1-1 | 1 | Weekly | 30 mins | Non-Integrated |

**Assistive Technology Devices/Services:** *Specifications such as frequency, duration, location and initiation date are indicated, if appropriate. Otherwise services are provided throughout the student's educational program as required.*

**Service/Support**
None Required

**Support for School Personnel on Behalf of Student:**

| Service/Support | Start | End | Freq | Period | Duration | Location |
|---|---|---|---|---|---|---|
| None Required | | | | | | |

**Participation with Age Appropriate Peers:** *Provision of special education services in a setting with no regular contact with age appropriate peers without disabilities should only be considered when the nature or severity of the child's disability is such that, education in a less restrictive environment with the use of supplementary aids and services, cannot be satisfactorily achieved.*

**Explanation of the extent, if any, to which the student will not participate in general education programs, including extra curricular and other nonacademic activities:**
The student will not participate in general education programs and requires special instruction in an environment with a smaller student-to-teacher ratio.

**Other Options Considered:** *A description of any other options that the district considered and the reasons why those options were rejected.*

| Other Options Considered | Reasons for Rejection |
|---|---|
| The Committee considered a full-day special education program. | This option was rejected because it would be overly restrictive and the student's needs could be met in a less restrictive environment. |

**Present Levels of Performance and Individual Needs:** *Current functioning and individual needs in consideration of: the results of the initial or most recent evaluation, the student's strengths, the concerns of the parents, the results of the student's performance on any State or district wide assessment programs; the student's needs related to communication, behavior, use of Braille, assistive technology, limited English proficiency; how the student's disability affects involvement and progress in the general curriculum; and the student's needs as they relate to transition from school to post-school activities for students 14 years of age and older.*

**How the Student's Disability Affects Involvement and Progress Participation in Age Appropriate Activities:**
The student has not made developmental gains.

**Academic/Educational Achievement:** *Current levels of knowledge and development in subject and skill areas, including activities of daily living, level of intellectual functioning, adaptive behavior, expected rate of progress in acquiring skills and information and learning style.*

**Levels/Abilities**
The student's rate of progress is below average. The student has a multi-sensory learning style.

**Needs**
The student requires a multi-sensory instructional approach. The student needs to improve receptive language skills. The student needs to improve expressive language skills.

**Standardized Test Results:**

| Date | Test | SubTest | Score/Type |
|---|---|---|---|
| 10/27/2004 | Birth-3 Checklist of Learning & Language Behavior | Expressive | AE: 24 months |
| | | Receptive | AE: 11.25 months |
| | | Total Language | AE: < 18 months |
| 10/21/2004 | Peabody Developmental Motor Scales-2 | Grasping | AE: 12 months |
| | | Gross Motor Quotient | Standard Score: 53 |
| 10/05/2004 | Bayley Scales of Infant Development - II | Mental Development Index | Standard Score: <50 |
| | ELAP-Early Learning Accomplishment Profile | Self-help | AE: 15 months |
| | | Fine motor | AE: 12 months |
| | | Gross motor | AE: 11 months |
| | | Cognitive | AE: 13 months |
| | | Social | AE: 12 months |
| | | Language | AE: 18 months |
| | Peabody Developmental Motor Scales-2 | Visual-Motor Integration | AE: 11 months |
| | Vineland Adaptive Behavior Scale | Composite | Standard Score: 66 |

**Social Development:** *The degree and quality of the student's relationships with peers and adults, feelings about self and social adjustment to school and community environments.*

<u>Levels/Abilities</u>
Social and emotional levels and abilities are below age appropriate expectations.

<u>Needs</u>
The student should exhibit increased independence.

**Physical Development:** *The degree or quality of the student's motor and sensory development, health, vitality and physical skills or limitations that pertain to the learning process.*

<u>Levels/Abilities</u>
The student's gross motor development is below age appropriate range. The student has physical and/or medical problems, which have a severe impact on education. The student appears to have difficulty with motor control and muscle coordination. The student has a visual disability which adversely affects learning.

<u>Needs</u>
The student needs to improve fine and gross motor skills.

**Management Needs:** *The nature of and the degree to which environmental modifications and human or material resources are required to enable the student to benefit from instruction. Management needs are determined in accordance with the factors identified in the areas of academic/educational achievement and learning characteristics, social development and physical development.*

<u>Needs</u>
The student requires additional assistance to function in the educational setting. The student requires small group instruction to focus on tasks.

**Committee Meeting Information:**

    **Committee:** Committee on Preschool Special Education      **Meeting Date:** 08/09/2005
       **Reason:** Program Review
**Expected Grade:** Preschool
    **Attendance:** Shelly Matlofsky, CPSE Chairperson/School Psychologist; Susan Lee, Orange County Dept. of Health; Sharon David, FEC Service Coordinator; Sandra Brownsey, Special Education Teacher; Kathy White, Educational Advocate; Mother
    **Comments:** The CPSE met to conduct a program review on this preschool student who will be attending a full-day 12:1:3 non-integrated special education program with related services of speech two times per week, individually (30 minutes; OT two times per week, individually (30 minutes); PT two times per week, individually (30 minutes) and VI one time per week, individually (30 minutes).

The special education teacher states that student began to receive ABA services, at home, through Early Intervention in February 2005. Student is beginning to express needs and wants more appropriately. The teacher and parent feel that progress is due to intensive one-on-one instruction.

Student will be entering a full-day special class program in the 2005/2006 school year. The parents are fearful that if the intensive one-on-one program is discontinued suddenly, student will begin to regress.

The CPSE has determined that a slower transition is needed. It is, therefore, recommended that additional services should include ten (10) hours of ABA, at home, for ten (10) weeks. At that time, the CPSE will meet to evaluate student's progress in transitioning to a full-day special education program and to determine if current level of intense service continues to be needed. It is also recommended that three team meetings be held: one at the beginning of the school year and one per month thereafter for the ten (10) week period. The team meetings will include school staff, as well as the home staff. One hour per week of indirect SEIT service is also recommended.

It is also recommended that student be provided with a 1:1 aide in the classroom setting to assist with the school's language based program, as well as for safety. County will provide transportation. All other services will remain the same.

*Preschool Individualized Education Program (v3)*      Alexa Wilson      page 3 of 9

**Based Upon:** Speech/Language Evaluation, 10/27/2004; Occupational Therapy Screening, 10/21/2004; Physical Therapy Progress Summary, 10/21/2004; Educational Evaluation, 10/05/2004; Observation, 10/05/2004; Psychological Evaluation, 10/05/2004; Social History Update, 10/05/2004

**Measurable Annual Goals and Short-Term Objectives/Benchmarks:** *Progress toward meeting the annual goals, and the extent to which the progress is sufficient to enable the student to achieve the goals by the end of the school year, is measured by the completion of the short-term objectives.*

**Manner:** Written Reports     **Frequency:** 4 times during the school year.

**Progress Report Marks**

\* = See Comments                C = Completed

P = Progressing Satisfactorily     S = Some Progress

### STUDY SKILLS

1. **Demonstrate an improvement in attending skills necessary to learn effectively in the school environment and progress toward achieving the learning standards**

                                         **1   2   3   4**

    1. Demonstrate the ability to attend and choose a task from a choice of two with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

### SPEECH/LANGUAGE

2. **Demonstrate an improvement in language skills necessary to speak and listen for information, understanding, expression and social interaction**

                                           **1   2   3   4**

    1. Demonstrate auditory attending behaviors necessary for communication with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.    [ ] [ ] [ ] [ ]

    2. Demonstrate visual attending behaviors necessary for communication with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.    [ ] [ ] [ ] [ ]

    3. Demonstrate the ability to attend to the speaker or listener to enhance communication with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    4. Demonstrate the ability to gesture to indicate her needs with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    5. Demonstrate the ability to establish eye contact when communicating with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    6. Demonstrate the ability to vocalize to indicate her needs with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    7. Demonstrate the ability to point or otherwise indicate simple needs with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    8. Demonstrate the ability to initiate vocal sounds to indicate her needs with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.    [ ] [ ] [ ] [ ]

    9. Demonstrate the ability to respond to simple questions with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.    [ ] [ ] [ ] [ ]

10. Demonstrate the ability to retain and follow one step directions presented orally with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

11. Demonstrate an understanding and use of nouns, verbs, adjectives and adverbs at her instructional level with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

12. Demonstrate an understanding and use of quantitative and qualitative concepts (e.g., few/many; same/different) with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

13. Demonstrate the ability to comprehend and use basic "Wh" questions (e.g., who, what, where, when, why) with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

14. Demonstrate the ability to attend to language tasks with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

15. Demonstrate the ability to decrease echolalic speech with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

16. Demonstrate the ability to decrease perseverative speech with 90% mastery, evaluated by utilizing recorded observations, as assessed by the speech/language therapist, by the end of the school year.

**SOCIAL/EMOTIONAL/BEHAVIORAL**

3. **Demonstrate an improvement in social skills**

                                                                 <u>1</u>   <u>2</u>   <u>3</u>   <u>4</u>

1. Demonstrate an awareness of others (verbally or nonverbally) in the environment with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

2. Respond in a socially acceptable manner when approached by others with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

3. Demonstrate the ability to engage in playing with a toy with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

**MOTOR**

4. **Demonstrate an improvement in activities that require visual-motor coordination and visual-perceptual skills needed to participate in educational activities**

                                                                  <u>1</u>   <u>2</u>   <u>3</u>   <u>4</u>

1. Demonstrate the ability to match or sort objects and pictures with 90% mastery, evaluated by utilizing record observations, as assessed by the Occupational therapist, by the end of the school year.

2. Demonstrate the ability to complete a simple 1-4 piece form board puzzle with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

3. Demonstrate the ability to imitate building a 3-5 block tower with verbal cues with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

4. Demonstrate the ability to reproduce three-dimensional block designs with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

5. **Demonstrate improved use of both hands together in a coordinated manner for participation in physical education and classroom manipulative tasks**

   <u>1</u>    <u>2</u>    <u>3</u>    <u>4</u>

   1. Demonstrate the ability to use scissors appropriately (place fingers on scissors, hold paper in a "thumbs up" position, move paper when cutting) with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

   2. Demonstrate the ability to improve bilateral hand manipulation (e.g., stabilize with one hand and manipulate it with the other hand at midline) with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

6. **Demonstrate improvement in tasks requiring handwriting needed to participate in educational activities in a school environment**

   <u>1</u>    <u>2</u>    <u>3</u>    <u>4</u>

   1. Demonstrate the ability to copy simple geometric shapes with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

7. **Demonstrate an improvement in sensory processing skills to successfully participate in educational and classroom activities**

   <u>1</u>    <u>2</u>    <u>3</u>    <u>4</u>

   1. Demonstrate the ability to follow a verbal multi-step direction or task with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

8. **Demonstrate an improvement in the strength and endurance necessary to allow participation in physical activities in the educational environment**

   <u>1</u>    <u>2</u>    <u>3</u>    <u>4</u>

   1. Demonstrate improved overall muscle strength in lower extremities to perform ambulation activities with 90% mastery, evaluated by utilizing recorded observations, as assessed by the physical therapist, by the end of the school year.

   2. Demonstrate improved overall muscle strength in trunk to perform functional activities in the classroom with 90% mastery, evaluated by utilizing recorded observations, as assessed by the physical therapist, by the end of the school year.

   3. Demonstrate improved postural control for more skilled distal function with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

   4. Demonstrate the ability to wheel-barrow walk forward on arms for 1 foot with 90% mastery, evaluated by utilizing recorded observations, as assessed by the occupational therapist, by the end of the school year.

9. **Demonstrate an improvement in early developmental gross motor skills**

                                                                **1    2    3    4**

1. Demonstrate the ability to pull to a standing position and stand alone without support for increasing periods for 10 seconds with 90% mastery, evaluated by utilizing recorded observations, as assessed by the physical therapist, by the end of the school year.

10. **Demonstrate an improvement in balance for increased safety while participating in educational activities in the school environment**

    **1    2    3    4**

    1. Demonstrate the ability to regain and maintain balance, while sitting unsupported, when physically challenged by the physical therapist with 90% mastery, evaluated by utilizing recorded observations, as assessed by the physical therapist, by the end of the school year.

11. **Demonstrate an improvement in activities which require gross motor coordination needed to participate in classroom and physical education type activities**

    **1    2    3    4**

    1. Demonstrate a hand and leg dominance when participating in gross motor activities with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

    2. Demonstrate the ability to walk and pull a toy along for increasing distances for 1 foot with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

12. **Demonstrate an improvement in mobility skills to successfully participate in educational activities and to negotiate the physical environment of the school**

    **1    2    3    4**

    1. Demonstrate the ability to ambulate with adaptive devices for increasing periods for 5 minutes with 90% mastery, evaluated by utilizing recorded observations, as assessed by the physical therapist, by the end of the school year.

13. **Demonstrate an improvement in adaptive positioning during the school day**

    **1    2    3    4**

    1. Demonstrate the ability to stand in proper position in a prone or supine stander for increasing periods for 20 minutes with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

**BASIC COGNITIVE/DAILY LIVING SKILLS**

14. **Demonstrate an improvement in basic concepts and cognitive prerequisite skills necessary to learn and progress toward achieving the learning standards**

    **1    2    3    4**

    1. Demonstrate the ability to visually track an object horizontally with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

    2. Demonstrate the ability to identify the parts of the body and their functions with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

    3. Demonstrate the ability to participate in activities of sorting, grouping and

  classifying objects with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year.

**15. Demonstrate an improvement in the critical activities required for daily living**

|   | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Demonstrate the ability to participate in the dressing process with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year. |   |   |   |   |
| 2. Demonstrate the ability to sit on the toilet for short periods of time with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year. |   |   |   |   |
| 3. Demonstrate appropriate finger feeding skills with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year. |   |   |   |   |
| 4. Demonstrate the ability to use adaptive utensils (e.g., cups, plates, forks, spoon) to promote independence in self-feeding with 90% mastery, evaluated by utilizing teacher observation, as assessed by the special education teacher, by the end of the school year. |   |   |   |   |