EXHIBIT J



**Legal Services of the Hudson Valley**

Protecting Rights Promoting Justice

123 Grand Street, 2nd Floor
Newburgh, New York 10550
Telephone No.: 845-569-9110, Fax No.: 845-569-9120

January 9, 2006

Ms. Shelly Matlofsky
Minisink Valley CSD
P.O. Box 217
Slate Hill, NY 10973

RE: Alexa Wilson

Dear Ms. Matlofsky:

Please be advised that our office represents Alexa Wilson. Alexa's mother, Anita Wilson, has provided me a letter from Alexa's neurologist recommending an increase in ABA hours from ten to thirty hours per week. A copy of the letter is enclosed.

I have discussed this matter with Ms. Wilson and, as a starting point, she would like the hours to be increased to 20 per week and then, as Alexa adjusts, to gradually increase to the recommended 30 hours per week. I also understand from Ms. Wilson that indirect services have been eliminated from the IEP.

Please convene a meeting to discuss and resolve these issues, and also to discuss whether additional evaluations of Alexa are warranted at this time. I am available to meet this month, except on the following dates: January 16-24.

Thank you.

Very truly yours,

Mary Jo Whateley
Staff Attorney

cc: Ms. Anita Wilson



| | |
|---|---|
| Hyman-Newman<br>Institute for<br>Neurology and Neurosurgery | Beth Israel Medical Center<br>Singer Division<br>10 Union Sq. East<br>NY. NY. 10003<br>Tel: 212-844-6944 |
| Steven M. Wolf, MD<br>Director, Pediatric Epilepsy<br>Patricia E. McGoldrick, CPNP<br>Mate LaVega-Talbott, MD | Fax: 212-844-6945<br>141 So. Central Pk Ave.<br>Hartsdale, NY 10530<br>Tel: 914-428-0529<br>Fax: 914-428-4128 |

December 13, 2005

To Whom It May Concern:

Alexa Wilson (DOB: 6/21/05) has been diagnosed with autism and cerebral palsy. Alexa exhibits the following symptoms – restricted play, poor socialization, poor eye contact, limited language, self-stimulatory behaviors and echolalia.

Based on our past experience – ten years as the director of the Developmental Disabilities Center at Roosevelt, special training in child neurology and epilepsy and autism, it is our professional opinion that Alexa continue her full day preschool as well as thirty hours of ABA therapy per week, to limit regression and optimize progress. This is the only modality that is proven to cause changes in socialization. This will allow Alexa to progress towards normalization and the ability to function in a mainstream setting. These services should continue until at least September 2006.

Yours truly,

Steven M. Wolf, MD

Patty McGoldrick, CPNP