EXHIBIT 6

# Minisink Valley Central School District
## Pupil Personnel Services

P.O. Box 217 - Route 6 - Slate Hill, New York 10973-0217
Telephone: (845) 355-5105 - Fax: (845) 355-5102

### CSE/CPSE I.E.P. AMENDMENT FORM

Student: _Alexa Wilson_    ID #: _17696_    Date: _2/6/06_

D.O.B.: _6/21/02_    School: _____    Grade: _preschool_    Classification: _Preschooler with a Disability_

Current Program/Level of Service: _Spec. class - full day non integrated_
_Speech 2x30, OT 2x30, PT 2x30, VI 1x30_
_SEIT 5x60_

Proposed Program Change/Rationale and Supportive Information:
_extend SEIT service from 2/17/06 to 3/31/06_

_All other services remain the same_

I.E.P. (SPAM, Func. Level, Goal/Obj./Eval.) <u>Addition</u> Using Code Number(s):

_____

_____

I.E.P. (SPAM, Func. Level, Goal/Obj./Eval.) <u>Deletion</u> Using Code Number(s):

_____

_____

| Special Education Teacher (or Related Service Provider) Signature | Director/CSE Chairperson Signature _[signed]_ | Date _2/6/06_ |
|---|---|---|

<u>Parent Notification and Approval</u>: A change in a student's Individualized Education Program (I.E.P.) can be made only through a formal meeting of the Committee on Special Education (CSE/CPSE) and with approval by the parent and a review by the Board of Education. We have scheduled a CSE/CPSE meeting on _____ at _____ at the _____.
The following is a list of people expected to attend this planning conference:

1) _____    4) _____
2) _____    5) _____
3) _____    6) _____

<u>Parent Approval</u>: Parent is requested to please complete the following and return to Special Education Teacher (or Related Service Provider):

   X  1.  I approve the above requested change: (<u>yes</u>/no. (please circle one)

       2.  I <u>do</u>/ do not wish to attend the Committee meeting. (please circle one)

   X  3.  Parent Signature: _[signed]_    Date: _2/7/06_

MSWord: IEPAmendmentForm11-99

know, she's really playing. We use the theraputty to make all kids of pretend food and make the characters eat it. Then she'll come up with the names of food and say, "make a cake" or "make a pancake".

\*Just a side note: Watch the lighting now that it's getting dark so early. The kitchen table works great with it's big overhead light and using the Pooh Light on her table also helps. For pictures, books, and drawing she really needs good light.

Okay, that's it--anything else please let me know.
Sandy

----- Original Message -----
From: Doug and Sandy B
To: dwilson ; Nicole Perillo
: Anita Wilson
Sent: Thursday, December 01, 2005 5:22 AM
Subject: Alexa

Hi-
Okay, we now have a new system with Alexa. She will be getting her 10 hours per week back again. The way that it is going to work is that 5 hours are in her IEP and the other 5 hours will be billed separately to the district.

So, for the days that we work with Alexa we write 3:00-4:00 (for example) on the time sheet that requires a signature (The county sheet) and the other hour gets written on a "School District time sheet" all of our times together. Then I submit it on the 15 and the 30th of the month.

If you have any questions please email or call me.

---

**Program updates:**

Hopefully everyone is seeing a lot of spontaneous language. Alexa is asking for things not only out of sight but out of the room (piano, music, juice, pop tarts.....etc). That is very exciting. The other thing is that she is starting conversations i.e....."What does a fire engine say, Sandy?" or "How about a snake?" These are great improvements from the "Put on your glasses" phrases she used to say.

I brought a big box of cards on Monday and probed lots of pictures. She is learning new labels quickly, usually she needs one time where you tell her the full name of the item then the next time it's just the phonemic prompt then she has it independently when asked later.
I added to the functions section of file (camera, washing machine, etc. and yes, vacuum ( I asked her, "what do you use to clean the rug and she didn't know--so I added the pictures of the different vacuums)

I added new pictures of instruments--she loves them. In class last Monday, the music teacher brought in a real violin!

She is also doing better with the idea of categories. Now, we should try to mix the sorting (still keeping two categories) but mix and match: Food vs. instruments, instruments vs. animals, etc. When she learns the names of the instruments.
The clear plastic containers are good for sorting. She's getting it and she's filling in now when I say "a hot dog is a _____" she'll say "food".

Pretend Play: Alexa has really taken an interest in the Dora people and the pretend house. Now, is the chance to really play with them functionally and she's following along and coming up with her own ideas and saying them. I used to do: "put Dora on the bed" and she would follow as a one step direction. But