EXHIBIT 7


**GlobeGround**℠
North America

October 3, 2006

Mrs. Anita Wilson
540 South Centerville Rd.
Middletown NY 10945

Re: Alexa Wilson's Bus Route

Dear Mrs. Wilson:

It is our mutual goal to insure that Alexa Wilson is transported in a safe and timely manner.

In response to your letter and as requested, I have concluded that First Student Inc is using the appropriate route to transport Alexa to the Fred S. Keller School in Rockland NY. In order to avoid the morning commute traffic congestion at the toll both in Harriman and to insure arrival to school in a timely manner; Orange Turnpike had been approved as an appropriate bus route.

It is my understanding the bus arrives to school before the arrival scheduled time. On any given day and under unforeseen circumstances it might have arrived a few minutes later. For that reason, bus route # 66 will continue to use Orange Turnpike

If you have further questions or concerns please feel free to call my office.

Sincerely,

Nellie Mendez
Manager Transportation Services
GlobeGround

Cc: Gerry Compasso, First Student Inc. Director Transportation.

1