EXHIBIT 8



March 19, 2007

Mrs. Anita Wilson
540 South Centerville Rd.
Middletown NY 10940

Dear Mrs. Wilson:

This letter is a response to your request that the bus that transports Alexa Wilson to and from Fred S. Keller use an alternate bus route.

There are many decisive factors to consider when routes are created. Transporting children that are under our Early Intervention and Preschool Program is the most significant factors to determine routes scheduling. Crucial factors are safety and I would like to point out a few that were discussed when Alexas's bus route was created:

- ➢ In the event of an accident on the New York State Thruway; I-95 corridor; whether northbound or southbound ; there is a possibility that traffic will be brought down to a possible standstill for hours without any outlet. Our buses would have to sit and wait until they can move.

- ➢ In the event of an accident on Route 6 toward Bear Mountain and the Palisades Interstate Parkway, once again, there is a possibility that traffic will be brought down to a possible standstill for hours without any way of turning around. Our buses would have to sit and wait until it can move.

- ➢ Delays at the tollbooth in Harriman during the morning commute.

For this reason, your request has been denied. If you have additional questions or concerns please feel free to call my office.

Sincerely,

Nellie Mendez
Manager Transportation Services
GlobeGround NA