EXHIBIT 9

**GlobeGround**(SM)
North America

March 30, 2007

Mrs. Anita Wilson
540 South Centerville Rd.
Middletown NY 10940

Dear Mrs. Wilson:

This letter is in response to your second request that the bus that transports Alexa Wilson to and from Fred S. Keller use an alternate bus route.

Upon completion of onsite route observations it was determined that there is no justifiable need to alter the bus route. It is clear that the current bus route is using the safest way to transport Alex to and from the Fred S. Keller School. For this reason, your request has been denied.

I would like to reiterate the fact that transporting children that are under our Early Intervention and Preschool Program is the most significant factors to determine routes scheduling.

Sincerely,

Nellie Mendez
Manager Transportation Services
GlobeGround NA

Cc Sue lee, OCDOH Special Education Program Coordinator
Shelly Matlofsky, CPSE Chair, Minisink Valley CSD

9