EXHIBIT 10

Anita Wilson
540 South Centerville Rd.
Middletown, NY 10940

Orange County Department of Health-Intervention Services
Attention: Sheila Warren
PO Box 1011
Goshen, NY 10924

June 26, 2007

To Ms. Sheila Warren,

This letter is to follow-up on our phone conversation on Monday, June the 18th 2007. On Monday you informed me that you had looked at my daughter Alexa's bus route with the bus company. You said that you agreed with the findings of the bus company that the current route of one hour and forty-five minutes each way was the only safe route to transport my daughter.

I would like to remind you that I have expressed my disagreement. I feel that the current route is excessively and unnecessarily long. I have repeatedly asked you, the bus company, and the school district to take an alternative, shorter, and also safe route of route 17 to route 6 to the Palisades Parkway. This route would take them approximately one hour and fifteen minutes, saving my daughter from an additional hour's bus ride each day, being five hours each week - time she could better use socializing or otherwise interacting with people, rather than sitting strapped to a bus seat.

In September, when my daughter Alexa began attending the Fred S. Keller School in Palisades, NY, I was concerned about the amount of time she would spend in route. However, due to lack of appropriate educational opportunity for Alexa who is autistic, in Orange County, I was forced to send her out of county. I calculated that the trip should not take her more than an hour and twenty minutes on a bad day, taking into account, the pick up of the second child on the bus, and possible heavy volume of traffic. As you know, because of the less efficient route that the bus takes, Alexa is on the bus a minimum of an additional hour a day more than is necessary were the bus to take the most efficient route, far longer than any of her non-disabled, or other-disabled peers are expected to.

My daughter's bus route has been an ongoing problem that has not been remedied. The bus company, and now you have agreed with the bus company that the shorter route I am suggesting is not safe. First of all, I would not want my daughter transported on a route I felt was unsafe. Second, I have been a witness to numerous other buses utilizing this route including, but not limited to First Student -- the very bus company that is charged with transporting my daughter.

Sincerely,


Anita A. Wilson

    cc. Michael H. Sussman, Esq.
       Mary Jo Whateley, Esq.
       Shelly Matlofsky, CPSE Chairperson
       Dr. Jean Hudson, Orange County Dept. of Health