EXHIBIT 11



## DEPARTMENT OF HEALTH

**Jean M. Hudson, M.D., M.P.H.**
Commissioner of Health

124 Main Street
Goshen, New York 10924

| | |
|---|---|
| Commissioner/Administration | (845) 291-2332 |
| Nursing | (845) 291-2330 |
| Environmental Health | (845) 291-2331 |
| Early Intervention | (845) 291-2333 |

Fax: (845) 291-2341
www.orangecountygov.com

**Edward A Diana**
*County Executive*

June 29, 2007

Ms. Anita Wilson
540 South Centerville Road
Middletown, New York 10940

Dear Ms. Wilson:

I am in receipt of your letter of June 18, 2007.

As we discussed on the telephone June 18th, we were advised by our transportation experts, Globe Ground, about the safest route to transport Alexa to Keller School.

In light of the new information you gave me during that call, we are once again reviewing the issue and will be in contact with you when that has been completed.

Sincerely,

Jean M. Hudson, M.D., M.P.H.
Commissioner of Health

JMH/cs