EXHIBIT 14



THE CENTER FOR
DIAGNOSTIC AND CONSULTATION SERVICES

70 Kukuk Lane  Kingston, New York 12401
T: 845-336-2616  F: 845-336-5143  www.childrensannex.org

MAR 17

## Educational Consult

| | |
|---|---|
| **Student Name:** | Alexa Wilson |
| **Date of Birth:** | 6-21-02 |
| **Date of Consult:** | 2-13-06 |
| **School:** | Inspire-Kids Preschool |
| **School District:** | Minisink |
| **Evaluator:** | Adriane Maier, PhD, BCBA |

**Methods of Evaluation:**

Review of Records
Preschool Class Observation
Classroom Teacher Interview
Home Observation
Home Teacher Interview

**Referral:**

Alexa was referred by Shelly Matlofsky, CPSE Chairperson, of the Minisink Central School District for an observation of her school and home program. Assistance is requested in assessing whether her school placement is appropriate in meeting her educational needs or if additional services are required at home.

Alexa is classified as a preschool student with a disability. She is currently placed in a non-integrated special education class in a center-based preschool program at the Inspire Kids program in Middletown, N.Y. 26 hours weekly. She receives Speech, Occupational Therapy, Physical Therapy and Vision services. In addition to her preschool program, she receives 10 hours of home-based ABA programming through Dynamic Center. Alexa was diagnosed with a Pervasive Developmental Disorder by Neurologist Dr. Steven Wolf in December of 2004 and a total of 56 hours of ABA educational services were recommended.

Alexa's teacher reports that she has made a nice adjustment to the overall classroom routine and has made progress since the beginning of the year. Her tantrums have substantially decreased since she started the program and instead of screaming to communicate her wants and needs, she can now request items with prompts and respond to "yes/no" questions. Group times can be difficult depending on the particular activity but she is able to sit with the

14

group. Progress is reportedly slow but steady. She can work for small increments of time but her focus is generally variable.

**Classroom Observation Summary:**

The physical environment was pleasant and not cluttered with extraneous stimuli. The overall flow from activity to activity was well-structured. Although able to sit with a group, Alexa had substantial difficulty engaging and attending to group activities without direct 1:1 physical prompting/support. She cried periodically (appeared to be an escape motivated response to minor transitions) and frequently resorted to self-stimulatory behavior unless directly engaged by staff. Staff primarily encouraged communication by asking Alexa "yes/no" questions to have her needs met.

With the exception of a 10 minute 1:1 direct teaching session, Alexa's program was predominately based on group instruction/activities. A review of Alexa's goals, data sheets and an observation of direct and indirect instruction did not reflect an applied behavioral analytic educational approach within the classroom setting.

**Home Observation Summary:**

Alexa worked 1:1 with her home-based Special Education Itinerant Teacher (SEIT). Instruction focused on teaching verbal behaviors (manding/requesting) within the natural environment. Alexa was able to spontaneously request items in her immediate environment that were strong motivators for her to communicate (e.g., pretzels, juice). Prompts and prompt fading techniques were utilized to transfer skills and reduce prompt dependency. Alexa responded and attended well to direct 1:1 instruction and presented as being more physically independent than originally observed. Self stimulatory behavior occurred but was less frequent due to 1:1 engagement as opposed to group-based instruction. Alexa was able to sit for discrete-based instruction for only a few minutes at a time. Alexa cried briefly when redirected away from perseverative, circumscribed interests (e.g., Big Bird). Data was collected on spontaneous verbal requests, via a counter, in order to record and monitor progress.

**Summary and Recommendations:**

Alexa is a sweet little girl who is multiply disabled. She is presently exhibiting single word language and is developing some phrase speech. With the benefit of a verbal behavior approach, she is starting to pair her language with reinforcing items within her environment and eliciting more spontaneous language. Alexa's visual and attentional difficulties make it difficult for her to attend to group-based activities and instruction within her school-based program. It is crucial at this early stage of Alexa's development for her to receive more intensive 1:1 instruction within in a small, structured classroom with a focus on early learning skills. A data driven approach will be essential for the careful monitoring of her progress and systematic program development.

Alexa will require an intensive, well coordinated course of study with respect to her special education experience in order to provide an appropriate program. The following recommendations are offered to support program development:

1. Alexa's educational program should provide for year round (12 month) services. Educational research has demonstrated that intensive behavioral instruction can maximize learning potential for students with autism. Therefore, she will require a small, structured classroom which allows for substantial 1:1 instruction. Skills will need to be broken down into small components that are taught in behaviorally oriented drills. Her responses and progress should be objectively measured to monitor progress and allow for systematic educational decision making. An individualized reinforcement system will be essential in eliciting language and solidifying specific skill learning. Her program will require a beginning educational curriculum that focuses on attending, imitation, receptive language, expressive language, pre-academic and self-help skills.

2. Alexa's home program is utilizing the Assessment of Basic Language and Learning Skills (ABLL's) language-based curriculum. This curriculum is well suited at providing a good foundation for selecting instructional objectives and developing a systematic sequence of skill development for Alexa. I support the continuation of this approach to her program planning at this time.

3. Alexa's communication skills are at a fragile stage of development at this time. The implementation of Verbal Behavior Strategies, a subset of applied behavior analytic teaching procedures, is an effective, empirically supported approach to teaching spontaneous communication to students with autism. Utilizing motivating/reinforcing items in Alexa's environment to develop language will teach her that her language can be effective at obtaining desired items in her environment. These strategies not only provide content, but provide generalization and fluency training opportunities.

4. Alexa's program should be developed in the context of a full-day experience. At the present time, I would recommend maintaining the home-based SEIT services for Alexa until an established center-based program, specializing in educating students on the Autism Spectrum is identified. In the meantime, Alexa's current school-based program could be enhanced by specific training of staff (particularly her 1:1 aide) in the use of verbal behavior strategies. In order to coordinate Alexa's programming and ensure consistency across both home and school environments, consideration should be given to bridging services from her home program with similar consultative support within her school program.

I have greatly enjoyed the opportunity to meet Alexa and her educational staff. If you have any questions regarding this report or if I could be of any further assistance in her educational programming, please feel free to contact me at (845) 336-2616.

Adriane Maier, PhD, BCBA
Clinical Consultant