EXHIBIT 15



# DEPARTMENT OF HEALTH

**Jean M. Hudson, M.D., M.P.H.**
Commissioner of Health

124 Main Street
Goshen, New York 10924

| | |
|---|---|
| Commissioner/Administration | (845) 291-2332 |
| Nursing | (845) 291-2330 |
| Environmental Health | (845) 291-2331 |
| Early Intervention | (845) 291-2333 |

Fax: (845) 291-2341
www.orangecountygov.com

dward A Diana
County Executive

Dear Parent,

Since your child is receiving Special Education Itinerant Teacher (SEIT) services, you may have heard of some changes in the Preschool Special Education Program from your providers. This letter will provide you with clarification based on consultation with the New York State Department of Education (NYSED).

NYSED recently provided clarification to Orange County Intervention Services on billing for SEIT. The items clarified should not necessarily affect the delivery of your child's Preschool Special Education Program services. SEIT is paid on a tuition model for all delivered services (as well as absences). Team meetings, supervision, coordination, team leader and parent training and counseling are all part of the tuition rate for SEIT services and are included in the SEIT hours designated on your child's Individualized Education Plan (IEP). The manner in which SEIT hours are used is determined by the SEIT provider to meet the goals and objectives in your child's IEP.

Related service providers (Speech Pathologist, Physical Therapist, Occupational Therapist, Audiologist, Social Worker, Nurse and Psychologist) are not SEIT providers. Therefore they can have a separate service on the IEP for Parent Training and Counseling. The IEP will state the provider who will do Parent Training and Counseling as well as the frequency and duration of the service.

As a further clarification Preschool Special Education Program services are provided on a school calendar basis. Since there are different types of services in the Preschool Special Education Program (Center-based, SEIT, related services or a combination of them), the calendar to be followed will be provided to you by your provider. The calendar system is as follows:
1. For children receiving SEIT services only, the SEIT agency calendar will be used.
2. For children receiving SEIT and related services, the SEIT agency calendar will be used.
3. For children receiving related services only, the school district's calendar will be used.
4. For children receiving center-based program and SEIT, the center-based program's calendar will be used.

15

In addition Preschool Special Education Program services can NOT be provided on the following legal holidays: New Year's Day, Dr. Martin Luther King, Jr. Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Flag Day, Independence Day, Labor Day, Columbus Day, Election Day, Veteran's Day, Thanksgiving Day, and Christmas Day.

To verify the services delivered and to ensure that billing is correct, a new attendance/billing form will be introduced in 2006. The form will include the dates for services as well as the dates of absences and the reason for an absence. You will be required to sign the form as you have in the past. Your child's provider(s) will go over the form with you when the County starts using it.

Last but not least, a new makeup policy has been developed. We recognized that our former policy of one week was overly restrictive. Our new policy offers a broader time period in which therapeutically appropriate makeup sessions can be done. The makeup policy is as follows:

Makeup should be therapeutically appropriate and provided within a reasonable amount of time. Makeup sessions must be done on days indicated on the calendar being used for the IEP and are to be completed within the IEP dates of service. No makeup is to be done on legal holidays. The total number of sessions provided cannot exceed the total number of sessions authorized during the IEP period. If a provider is not consistently providing the total number of sessions on the child's IEP, the parent, provider and/or the county may ask the CPSE to review the IEP.

We do hope this information is helpful to you. If you have questions please feel free to call Sue Lee at 291-4539.

Sincerely,

*Sue Lee*

Sue Lee, Preschool Special Education Coordinator

*Sheila Q. Warren*

Sheila Warren, Director of Intervention Services

Cc: CPSE Chairs
    Preschool providers