EXHIBIT J

00598

| Subscriber Name | Reference Number: | Date of Processing | Member or Patient ID | Member or Patient Name: | Group# | Pag |
|---|---|---|---|---|---|---|
| KEVIN FLYNN | 68206083072l030 | SEPTEMBER 04, 2006 | Ul35921730 | BRENDAN P FLYNN | 3211844 | 01 |

| Provider/Type of Service | Service Date(s) | Charge(s) Submitted | Amount Not Covered | Amount Covered | Patient Deductible | Patient Copay | Covered Balance | Coinsurance | Total Plan Benefit | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| MELVIN KAPLAN PHYSICIAN MEDICAL SERVICES | DATE RCVD: 08/15/2006  08/29/06 08/15/2006 | 100.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UC2 039 047 |
| TOTALS | | 100.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

## Medical Accumulation Information

Benefit Period: 01/01/2006 to: 12/31/2006

| | In-Network | Out-of-Network |
|---|---|---|
| Individual Deductible Satisfied: | --- | 300.00 |
| Family Deductible Satisfied: | --- | 750.00 |
| Individual Out-of-Pocket to Date: | --- | 1500.00 |
| Family Out-of-Pocket to Date: | --- | 3249.00 |
| Individual Life-Time Maximum Paid to Date: | | 19700.62 |

Portion of this Statement Paid by Other Insurance:  0.00
Insurance Portion Paid by your CIGNA benefits:  0.00
Patient Responsibility:  100.00

## Explanation of Remarks

UC2 MAXIMUM REIMBURSABLE RATE USED. IF APPLICABLE, MEMBER RESPONSIBILITY IS CHARGED AMOUNT MINUS TOTAL PLAN BENEFIT. PROVIDER MAY BALANCE BILL YOU.
039 MEMBER UNIT LIMIT EXCEEDED.
047 THIS MEMBER HAS EXCEEDED THEIR OUT-OF-POCKET MAXIMUM FOR THIS PLAN YEAR.

G2361E 7-02-2004

CIGNA