EXHIBIT 3



**Legal Services of the Hudson Valley**
*Protecting Rights Promoting Justice*

123 Grand Street, 2nd Floor
Newburgh, New York 10550
Telephone No.: 845-569-9110, Fax No.: 845-569-9120

October 2, 2006

*By Fax (845) 291-2341 and Regular Mail*

Department of Health
124 Main Street
Goshen, NY 10924

Attention: Sheila D. Warren
Director of Intervention Services

RE: Samantha Whateley - D/O/B 6/05/03

Dear Ms. Warren:

Please be advised that I represent Samantha Whateley, who had received Early Intervention services through August 31, 2006. As part of her IFSP, Samantha was to receive speech therapy 3 times per week. Her mother, Jessica Whateley, has informed me that Samantha did not receive speech therapy from February through August 2006. The reason she was given was that no speech therapist was available.

Based on my calculations, using the information provided by Samantha's parents, Samantha did not receive 90 sessions of speech therapy to which she was entitled. Although Samantha has now "aged out" of Early Intervention, I believe, pursuant to law, Samantha remains entitled to these services.

Therefore, I request that you authorize Dynamic Therapy to provide therapy to Samantha, in her home, on dates and times to be arranged through the provider and parents. I understand that, at the present time, there may be a shortage of speech therapists to provide these services. I have spoken to Samantha's parents about this potentiality, and they are willing to accept the services of a special instructor who has experience in language development.

Thank you.

Very truly yours,

Mary Jo Whateley
Staff Attorney

cc: Mrs. Jessica Whateley