EXHIBIT 4



**Legal Services of the Hudson Valley**

Protecting Rights Promoting Justice

123 Grand Street, 2nd Floor
Newburgh, New York 10550
Telephone No.: 845-569-9110, Fax No.: 845-569-9120

October 16, 2006

*By Fax (845) 291-2341 and Regular Mail*

Department of Health
124 Main Street
Goshen, NY  10924

Attention: Sheila D. Warren
             Director of Intervention Services

RE:  Samantha Whateley - D/O/B 6/05/03

Dear Ms. Warren:

As you know, I represent Samantha Whateley.  I sent you a letter on October 2, 2006, regarding the County's failure to provide her with speech therapy pursuant to her IFSP, and proposed a resolution of the matter.

As of this date, I have not received a response from you.  I request the courtesy of a prompt reply.

Thank you.

                                        Very truly yours,


                                        Mary Jo Whateley
                                        Staff Attorney


cc:  Michael H. Sussman, Esq.
     Mrs. Jessica Whateley