EXHIBIT 8



**Joseph G. Rampe**
*County Executive*

# DEPARTMENT OF HEALTH

Maxcy J. Smith, M.D.
*Commissioner of Health*

124 Main Street
Goshen, New York 10924-2199

| | |
|---|---|
| Commissioner/Administration | (914) 291-2332 |
| Nursing | (914) 291-2330 |
| Environmental Health | (914) 291-2331 |
| Early Intervention | (914) 291-2333 |

Fax (914) 291-2341

**TO:** Speech Providers

**FROM:** Sheila Warren

**RE:** **Speech Crisis**

**DATE:** March 16, 2000

    The crisis continues in providing speech services for Preschool Special Education and Early Intervention children. The waiting list is growing every day and some children have been waiting for services since October 1999. I need to be able to assess our availability now and in the future to help OSC's and CPSE chairs to answer parent concerns/questions.

    Please complete the attached form and return to by the close of business @ 5PM on **Tuesday, March 28, 2000**. The responses can be sent by mail to me at 124 Main St. Goshen, N.Y. 10924 or via fax @ 291-2341.

    If you know of any speech pathologists who are interested in providing services please have them contact me at 291-2333 to explore the possibility of contracting with the county. I appreciate you spreading the word.

    Please take special care to determine if children can be discharged so that opening will be made for new children.

    Thank you in advance for completing the questionnaire.

Cc: Initial services Coordinators
Pat Tufts, Preschool Coordinator
Ongoing Services Coordinator
CPSE Chairs