EXHIBIT 10

# CONTRACTS

- All providers must maintain a caseload of at least 5 children or your contract <u>will not</u> be renewed.

- Contract renewals will be mailed to you 3 months prior to the expiration of your contract.

- Contracts not returned in the time requested will receive a second letter informing you that your name is being removed from the provider list and you should make arrangements to discharge the children you are seeing by the time your contract expires.

- A current copy of your Certificate of Insurance and Workers Compensation must be on file in our office at all times. If we do not have a current copy on file the billing department will be notified and your invoice will not be processed for payment until we have all the current paperwork.