EXHIBIT 11

## ORANGE COUNTY COMMUNITY HEALTH ASSESSMENT
## 2005-2010

### ACKNOWLEDGEMENTS

Many thanks to all who worked to bring this document together:

Community Health Assessment  Advisory Committee (see listing)

Orange County Department of Health Division Directors:
Matthias Schleifer, Shirley VanZetta, Sheila Warren
Chris Dunleavy, Seamus Leary, Robert Deitrich,
Anne Vradenburgh

Ose Emasealu, M.P.H. (Epidemiologist)

Ed Waltz, Ph.D. (Health Data Institute/SUNY Albany)

Mary Bevan, M.P.H. (Consultant)



Jean M. Hudson, M.D., M.P.H.
Commissioner

i

Figure 8: Preschool Special Education Clients and Costs, 1994-2004

| Year | Number of Clients | % Increase From Previous Year | Total Cost All Payers | Average Cost Per Child |
|---|---|---|---|---|
| 1998-1999 | 1,150 | | | |
| 1999-2000 | 1,200 | 4% | n/a | n/a |
| 2000-2001 | 1,221 | 2% | $ 11,166,489 | $ 9,145 |
| 2001-2002 | 1,305 | 6% | $ 13,133,585 | $ 10,064 |
| 2002-2003 | 1,335 | 2% | $ 13,828,701 | $ 10,358 |
| 2003-2004 | 1,362* | | | |

*Through March 31, 2004
n/a – Reliable data are not available due to a change in computer data management systems.

Figure 9:  Intervention and ICHAP Referral Active Cases

Referrals Per Year, 1999-2003

| Year | ICHAP Referrals | EI Referrals | Total |
|---|---|---|---|
| 1999 | 387 | 643 | 1,030 |
| 2000 | 365 | 654 | 1,019 |
| 2001 | 335 | 747 | 1,082 |
| 2002 | 348 | 847 | 1,195 |
| 2003 | 411 | 912 | 1,323 |

Active Cases Per Year, 1999-2003*

| Year | ICHAP Active Cases | EI Active Cases |
|---|---|---|
| 1999 | 706 | 1,142 |
| 2000 | 762 | 1,214 |
| 2001 | 752 | 1,330 |
| 2002 | 752 | 1,476 |
| 2003 | 778 | 1,623 |

*An active case is defined as any child who has at least one EI or ICHAP service in the year.

In 2003 there were approximately 2,200 home visits made by the Initial Service Coordinators to EI families. The need for additional staff becoming evident as the current caseload for each service coordinator is between 150-160 clients vs. the state recommendation of 25-50. There is also a need for additional providers for services in demand, especially speech pathologists, and for providers of all disciplines to work in difficult to serve areas - inner city, rural, and less accessible areas of the county such as Highland Falls (this applies to all programs). The need for providers is evidenced by waiting lists which result in service delays.

Childfind/ICHAP
The Childfind/ICHAP caseload per year is included in Figure 9. To enhance program efficiency and comprehensive pediatric care, there is need for primary health care providers to universally conduct developmental screenings on children during their well-child visits.

Preschool Special Education Program
The Preschool Special Education Program caseload for 1998-2004 is provided in Figure 8.   In addition, approximately 50-65 CPSE meetings are held per month.  Each meeting has 10-12 children reviewed.  Due to staffing constraints, the County is represented at only 30-40% of those meetings.  There is also a need for additional providers for related services in demand, especially speech pathologist and Special Education Itinerant Teachers (SEIT).  The need for providers is evidenced by waiting lists (sometimes as long as 4-5 months) which result in service delays.