# EXHIBIT "N"

*Minisink Valley Central School District*
*P.O. Box 217*
*Slate Hill, NY 10973*
*845-355-5105*

**Preschool Individualized Education Program**
*2007-2008*

*Confidential Student Information*

### STUDENT AND GUARDIAN INFORMATION

**Student Name:** ▓▓▓▓

**Native Language:** English

**Address:** ▓▓▓▓▓▓▓▓▓▓▓▓

**State:** NY

**Home #:** ▓▓▓▓▓▓▓▓

**Parent/Guardian:** ▓▓▓▓▓▓▓

**Relation:** Father

**Parent/Guardian:** ▓▓▓▓▓▓

**Relation:** Mother

**Birth Date:** ▓▓▓▓▓▓▓▓

**Interpreter:** No

**Zip:** 10940

**Native Lang.:** English

**Interpreter:** No

**Native Lang.:** English

**Interpreter:** No

**Alt ID#:** 17696

**Gender:** Female

**City:** Middletown

**County:** Orange

**Work #** ▓▓▓▓▓

**Mobile #:** ▓▓▓▓▓

**Special Alerts:**
Student has been diagnosed with Pervasive Development Disorder (PDD) and Cerebral Palsy.
Student requires supervision on stairs and uneven terrains.
Student's medical history is positive for shunted hydrocephalus (right side).

### RECOMMENDED CLASSIFICATION AND PLACEMENT INFORMATION

**Committee:** Committee on Preschool Special Education

**Reason:** Annual Review

**Disability:** Preschool Student with a Disability

**Recommended School:** Fred S. Keller School

**Projected Start:** 07/09/2007

**End By:** 08/17/2007

**Date:** 03/30/2007

**Decision:** Classified Preschool

**Grade:** Preschool

**Projected Next Review:** 06/30/2008

**Projected Reevaluation:** 10/05/2007

**Extended School Year:** Eligible - The student continues to require a special education program to be provided for an extended school year, during the months of July and August, in order to prevent substantial regression.

**Recommended ESY Site:** Fred S. Keller School

**Special Transportation:** *In determining and documenting a student's special transportation needs, the following should be considered and specified: Special Seating, Vehicle and/or Equipment Needs, Adult Supervision, Type of Transportation, Other Accommodations.*

**Special Transportation:** Yes

| Type | Comments |
|------|----------|
| Bus with an Attendant | |

**Special Education Programs - Extended School Year:**

| | Start | End | Ratio | Freq | Period | Duration | Location |
|---|-------|-----|-------|------|--------|----------|----------|
| Special Class with 1:1 Aide | 07/09/2007 | 08/17/2007 | 6-1+2 | 5 | Weekly | 5 hrs | Non-Integrated |

**Related Services - Extended School Year:**

| | Start | End | Ratio | Freq | Period | Duration | Location |
|---|-------|-----|-------|------|--------|----------|----------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Occupational Therapy | 07/09/2007 | 08/17/2007 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| Physical Therapy | 07/09/2007 | 08/17/2007 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| Speech/Language Therapy | 07/09/2007 | 08/17/2007 | 1-1 | 2 | Weekly | 30 mins | Non-Integrated |
| Vision Services | 07/09/2007 | 08/17/2007 | 1-1 | 1 | Weekly | 30 mins | |

**Program Modifications/Accommodations/Supplementary Aids and Services:**

**Assistive Technology Devices/Services:**
**Service/Support**
None Required

**Support for School Personnel on Behalf of Student:**
**Service/Support**
None Required

**Participation with Age Appropriate Peers** occurs only when the nature or severity of the disability is such that, even with the use of supplementary aids and services, education cannot be satisfactorily achieved.

**Explanation of the extent, if any, to which the student will not participate in general education programs, including extra curricular and other nonacademic activities:**
The student will not participate in general education programs and requires special instruction in an environment with a smaller student-to-teacher ratio.

### PRESENT LEVELS OF ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND INDIVIDUAL NEEDS

Current functioning and individual needs in consideration of:
- the results of the initial or most recent evaluation, the student's strengths, the concerns of the parents;
- the student's needs related to communication, behavior, use of Braille, assistive technology, limited English proficiency; and
- how the student's disability affects participation in appropriate activities.

**How the Student's Disability Affects Involvement and Progress Participation in Age Appropriate Activities:**

The student has not made developmental gains.

**Standardized Test Results:**

| Date | Test | SubTest | Score/Type |
|---|---|---|---|
| 10/27/2004 | Birth-3 Checklist of Learning & Language Behavior | Expressive | 24 months |
| | | Receptive | 11.25 months |
| | | Total Language | < 18 months |
| 10/24/2004 | Oregon Project for Blind and Visually Impaired | | |
| 10/21/2004 | Peabody Developmental Motor Scales-2 | Reflexes | AE n/a |
| | | Stationary | AE 11 months |
| | | Locomotion | AE 10 months |
| | | Object Manipulation | AE unable to perform |
| | | Gross Motor Quotient | 53 |
| | | Grasping | AE 12 months |
| | | Visual-Motor Integration | AE 11 months |
| 10/05/2004 | Bayley Scales of Infant Development - II | Mental Development Index | SS: <50 |
| | ELAP-Early Learning Accomplishment Profile | Gross motor | AE 11 months |
| | | Fine motor | AE 12 months |
| | | Cognitive | AE 13 months |
| | | Language | AE 18 months |



| | | |
|---|---|---|
| | Social | AE 12 months |
| | Self-help | AE 15 months |
| Vineland Adaptive Behavior Scales:Interview Ed. | Communication Domain | SS 83 |
| | Daily Living Skills Domain | SS 69 |
| | Socialization Domain | SS 77 |
| | Motor Skills Domain | SS 58 |
| | Adaptive Behavior Composite | SS 66 |

**Academic Achievement, Functional Performance and Learning Characteristics:**
Current levels of knowledge and development in subject and skill areas, including activities of daily living, level of intellectual functioning, adaptive behavior, expected rate of progress in acquiring skills and information and learning style.

<u>Levels/Abilities</u>
The student's rate of progress is below average. The student has a multi-sensory learning style.Attention to task is weak.

<u>Needs</u>
The student requires a multi-sensory instructional approach. The student needs to improve receptive and expressive language skills. The student requires small group instruction to maximize learning. Student needs to improve listening and attending skills.

**Social Development:**
The degree and quality of the student's relationships with peers and adults, feelings about self and social adjustment to school and community environments.

<u>Levels/Abilities</u>
Social and emotional levels and abilities are below age appropriate expectations.

<u>Needs</u>
The student should exhibit increased independence.

**Physical Development:**
The degree or quality of the student's motor and sensory development, health, vitality and physical skills or limitations that pertain to the learning process.

<u>Levels/Abilities</u>
The student's gross motor development is below age appropriate range. The student has physical and/or medical problems, which have a severe impact on education.The student appears to have difficulty with motor control and muscle coordination. The student has a visual disability which adversely affects learning.

<u>Needs</u>
The student needs to improve fine and gross motor skills.

**Management Needs:**
The nature of and degree to which environment modifications and human or material resources are required to enable the student to benefit from instruction. Management needs are determined in accordance with the factors identified in the areas of academic achievement, functional performance and learning characteristics, social development and physical development.

The student requires additional assistance to function in the educational setting. The student requires small group instruction to focus on tasks.

### COMMITTEE MEETING OR AGREEMENT INFORMATION

**Committee:** Committee on Preschool Special Education          **Date:** 03/30/2007



**Reason:** Annual Review

**Expected Grade:** Preschool

**Attendance:** Shelly Matlofsky, CPSE Chairperson/School Psychologist; Debra A. Wilson, Supervisor of Special Education; Susan Lee, Program Coordinator - Orange County Dept. of Health; Joann P. Delgado, Assistant Director - Fred S. Keller School; Sharon David, Service Coordinator; Shari Martin, MVCSD Regular Education Teacher; Mother; Father.

**Comments:** The CPSE met to conduct an annual review meeting on this preschool student who currently attending the Fred Keller School in a 6:1:2 special class setting. Related services include speech, OT, PT and TVI.

Student has made good progress this school year and is now able to follow 1-2 step directions, label objects and/or pictures, count to 65 and match colors and words. Student is beginning to follow a classroom schedule and take turns and share in a small group setting.

Student is also improving ability to verbalize appropriately. When interacting with those around her. An updated speech evaluation indicates an auditory comprehension score of 65 and expressive communication score of 77.

For the summer 2007, the CPSE recommends maintaining classification. Services will include a 6:1:2 full-day non-integrated special class setting with related services of speech two times per week, 30 minutes, individual, OT two times per week, 30 minutes, individual; PT two times per week, 30 minutes, individual and TVI two times per week, 45 minutes, individual.

TVI services can be provided outside of the school day.

County bus is requested.

Student will be transitioning to kindergarten and is being referred to CSE.

**Based Upon:** Speech/Language Evaluation, 10/27/2004

Occupational Therapy Screening, 10/21/2004

Physical Therapy Progress Summary, 10/21/2004

Educational Evaluation, 10/05/2004

Observation, 10/05/2004

Psychological Evaluation, 10/05/2004

Social History Update, 10/05/2004

## OTHER OPTIONS CONSIDERED

| **Other Options Considered** | **Reasons for Rejection** |
| --- | --- |
| The Committee considered a full-day special education program. | This option was not rejected by the Committee and is considered an appropriate placement in the student's least restrictive environment. |

## REPORTING PROGRESS TO PARENTS

Identify when periodic reports on the progress the student is making toward meeting the annual goals will be provided to the student's parents:

**Manner:** Written Reports

**Frequency:** 4 times during the school year.

## MEASURABLE ANNUAL GOALS

\* For students with severe disabilities who would meet the eligibility criteria to take the New York State Alternate Assessment, the IEP must also include short term instructional objectives and benchmarks for each annual goal.

**Annual Goal:** What the student will be expected to be able to do by the end of the year in which the IEP is in effect;

**Evaluation Criteria:** How well and over what period of time the student must demonstrate performance in order to consider the annual goal to have been met.

**Procedures to Evaluate Goal:** The method that will be used to measure progress and determine if the student has met the annual goal.

**Evaluation Schedule:** The dates or intervals of time by which evaluation procedures will be used to measure the student's



progress.

## SPEECH/LANGUAGE

### Annual Goal

1. ▮▮▮▮ will display appropriate communicative attending behaviors by visually looking at the speaker and maintaining quiet behavior when listening to a short paragraph of 3 sentences or 2 step directions.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |

    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Speech/Language Therapist

1. ▮▮▮▮ will display appropriate communicative attending behaviors by visually looking at the speaker and maintaining quiet behavior when listening to a short paragraph of 3 sentences or 2 step directions.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |

    Criteria: 80% success with moderate assistance, over 6 weeks
    Schedule/By: By the end of summer services

2. ▮▮▮▮ will engage in 2 verbal social interactions and cooperative play activities with a peer (e.g., enact a scene such as going through a car wash).

    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Speech/Language Therapist

1. ▮▮▮▮ will engage in 2 verbal social interactions and cooperative play activities with a peer (e.g., enact a scene such as going through a car wash).

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |

    Criteria: 80% success with moderate assistance, over 6 weeks
    Schedule/By: By the end of summer services

3. ▮▮▮▮ will identify and use 20 adjectives correctly.

    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Speech/Language Therapist

1. ▮▮▮▮ will identify and use 20 adjectives correctly.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |

    Criteria: 80% success with moderate assistance, over 6 weeks
    Schedule/By: By the end of summer services

4. ▮▮▮▮ will identify and use 10 adverbs correctly.

    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Speech/Language Therapist

1. ▮▮▮▮ will identify and use 10 adverbs correctly.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |

    Criteria: 80% success with moderate assistance, over 6 weeks
    Schedule/By: By the end of summer services

5. ▓▓▓ will identify and use basic and linguistic concepts (e.g., small/large, either, first/last) by pointing to or labeling pictures.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Speech/Language Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓ will identify and use basic and linguistic concepts (e.g., small/large, either, first/last) by pointing to or labeling pictures.
   Criteria: 80% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

6. ▓▓▓ will follow 2 multi-step directions presented orally (e.g.. point to the big car before pointing to the red bicycle) incorporating basic and linguistic language.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Speech/Language Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓ will follow 2 multi-step directions presented orally (e.g.. point to the big car before pointing to the red bicycle) incorporating basic and linguistic language.
   Criteria: 85% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

7. ▓▓▓ will comprehend and use pronouns (e.g., personal, demonstrative, reflexive and possessive).
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Speech/Language Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓ will comprehend and use pronouns (e.g., personal, demonstrative, reflexive and possessive).
   Criteria: 80% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

8. ▓▓▓ will comprehend and use yes or no questions (e.g., Are you happy?), and "wh" questions (e.g., who, what, where, when, why).
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Speech/Language Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓ will comprehend and use yes or no questions (e.g., Are you happy?), and "wh" questions (e.g., who, what, where, when, why).
   Criteria: 80% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

9. During 3 verbal exchanges, ▓▓▓ will control eye contact.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations

Evaluation Schedule: By the end of summer services
Primary Responsibility: Speech/Language Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1.During 3 verbal exchanges, ███ will control eye contact.
  Criteria: 80% success with moderate assistance, over 6 weeks
  Schedule/By: By the end of summer services

**SOCIAL/EMOTIONAL/BEHAVIORAL**
  **Annual Goal**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

10.███ will identify her own possessions by using "mine," "me," or her own name to state ownership.
  Evaluation Criteria: 9 out of 10 trials, over 6 weeks
  Procedure to Evaluate Goal: Recorded observations
  Evaluation Schedule: By the end of summer services
  Primary Responsibility: Special Education Teacher

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1.███ will identify her own possessions by using "mine," "me," or her own name to state ownership.
  Criteria: 7 out of 10 trials with moderate assistance, over 6 weeks
  Schedule/By: By the end of summer services

11.When in the presence of other children, ███ will play and engage in activities near those children.
  Evaluation Criteria: 85% success, over 6 weeks
  Procedure to Evaluate Goal: Recorded observations
  Evaluation Schedule: By the end of summer services
  Primary Responsibility: Special Education Teacher

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1.When in the presence of other children, ███ will play and engage in activities near those children.
  Criteria: 65% success, over 6 weeks
  Schedule/By: By the end of summer services

12.███ will play appropriately with a toy, display preferences for playing with selected toys and use the toys in an appropriate, symbolic manner (e.g., pretend driving a toy truck).
  Evaluation Criteria: 85% success, over 6 weeks
  Procedure to Evaluate Goal: Recorded observations
  Evaluation Schedule: By the end of summer services
  Primary Responsibility: Special Education Teacher

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1.███ will play appropriately with a toy, display preferences for playing with selected toys and use the toys in an appropriate, symbolic manner (e.g., pretend driving a toy truck).
  Criteria: 75% success, over 6 weeks
  Schedule/By: By the end of summer services

13.When approached by others, ███ will respond in a socially acceptable manner (e.g., will greet others, will have appropriate eye contact, will engage in cooperative play).
  Evaluation Criteria: 85% success, over 6 weeks
  Procedure to Evaluate Goal: Recorded observations

Evaluation Schedule: By the end of summer services
Primary Responsibility: Special Education Teacher

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. When approached by others, ▓▓▓ will respond in a socially acceptable manner (e.g., will greet others, will have appropriate eye contact, will engage in cooperative play).
    Criteria: 75% success, over 6 weeks
    Schedule/By: By the end of summer services

## MOTOR

### Annual Goal

14. ▓▓▓ will correctly hold a pencil or pen and maintain adequate pressure during writing tasks for 15 seconds.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Occupational Therapist

1. ▓▓▓ will correctly hold a pencil or pen and maintain adequate pressure during writing tasks for 5 seconds.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

15. ▓▓▓ will complete a simple 10 piece inset puzzle independently.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Occupational Therapist

1. ▓▓▓ will complete a simple 5 piece inset puzzle independently.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

16. ▓▓▓ will build a 10 block tower.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Occupational Therapist

1. ▓▓▓ will build a 8 block tower.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

17. ▓▓▓ will copy 4 three-dimensional block designs from a visual model.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Occupational Therapist

1. ▓▓▓ will copy 2 three-dimensional block designs from a visual model.

Criteria: 80% success, over 6 weeks
Schedule/By: By the end of summer services

18. ▓▓▓▓ will use scissors correctly (e.g., place fingers in scissors, hold paper in a "thumbs up" position, move paper when cutting, stay within ¼ of an inch of desired border).
     Evaluation Criteria: 80% success, over 6 weeks
     Procedure to Evaluate Goal: Recorded observations
     Evaluation Schedule: By the end of summer services
     Primary Responsibility: Occupational Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓▓ will use scissors correctly (e.g., place fingers in scissors, hold paper in a "thumbs up" position, move paper when cutting, stay within ¼ of an inch of desired border).
     Criteria: 80% success, over 6 weeks
     Schedule/By: By the end of summer services

19. ▓▓▓▓ will correctly reach across the body to obtain objects, complete tasks and write.
     Evaluation Criteria: 80% success, over 6 weeks
     Procedure to Evaluate Goal: Recorded observations
     Evaluation Schedule: By the end of summer services
     Primary Responsibility: Occupational Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓▓ will correctly reach across the body to obtain objects, complete tasks and write.
     Criteria: 65% success, over 6 weeks
     Schedule/By: By the end of summer services

20. ▓▓▓▓ will imitate drawing lines and shapes on paper using a crayon or pencil.
     Evaluation Criteria: 80% success, over 6 weeks
     Procedure to Evaluate Goal: Recorded observations
     Evaluation Schedule: By the end of summer services
     Primary Responsibility: Occupational Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓▓ will imitate drawing lines and shapes on paper using a crayon or pencil.
     Criteria: 65% success, over 6 weeks
     Schedule/By: By the end of summer services

21. ▓▓▓▓ will color within a specified area.
     Evaluation Criteria: 80% success, over 6 weeks
     Procedure to Evaluate Goal: Recorded observations
     Evaluation Schedule: By the end of summer services
     Primary Responsibility: Occupational Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▓▓▓▓ will color within a specified area.
     Criteria: 65% success, over 6 weeks
     Schedule/By: By the end of summer services

22. ▓▓▓▓ will trace the boundaries of lines, shapes and letters within 1/2 of an inch.
     Evaluation Criteria: 80% success, over 6 weeks
     Procedure to Evaluate Goal: Recorded observations
     Evaluation Schedule: By the end of summer services
     Primary Responsibility: Occupational Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓▓ will trace the boundaries of lines, shapes and letters within 1/4 of an inch.
   Criteria: 80% success, over 6 weeks
   Schedule/By: By the end of summer services

23. ▓▓▓▓ will continue to work in the presence of sound and visual stimulation in the classroom for an increased period of time for 20 seconds.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Occupational Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓▓ will continue to work in the presence of sound and visual stimulation in the classroom for an increased period of time for 10 seconds.
   Criteria: 80% success, over 6 weeks
   Schedule/By: By the end of summer services

24. ▓▓▓▓ will improve overall muscle strength in lower extremities to practice ambulation activities by performing increased repetitions from 10 repetitions to 20 repetitions of lower body exercises without fatigue.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Physical Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓▓ will improve overall muscle strength in lower extremities to practice ambulation activities by performing increased repetitions from 10 repetitions to 20 repetitions of lower body exercises without fatigue.
   Criteria: 80% success, over 6 weeks
   Schedule/By: By the end of summer services

25. ▓▓▓▓ will improve overall muscle strength in trunk for performing functional activities in the classroom by increased repetitions of proximal trunk exercises from 10 repetitions to 20 repetitions without fatigue.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Physical Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓▓ will improve overall muscle strength in trunk for performing functional activities in the classroom by increased repetitions of proximal trunk exercises from 10 repetitions to 20 repetitions without fatigue.
   Criteria: 80% success, over 6 weeks
   Schedule/By: By the end of summer services

26. ▓▓▓▓ will improve postural control for skilled distal function by maintaining an upright postural position for a minimum of 30 minutes.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Physical Therapist

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1.████ will improve postural control for skilled distal function by maintaining an upright postural position for a minimum of 30 minutes.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

27.████ will wheel-barrow walk forward on arms for 10 feet.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

1.████ will wheel-barrow walk forward on arms for 10 feet.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

28.████ will self-propel in a prone position on a scooter board for 10 feet.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Occupational Therapist

1.████ will self-propel in a prone position on a scooter board for 10 feet.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

29.████ will stand from a sitting position, and return to a sitting position without using hands for 10 repetitions.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

1.████ will stand from a sitting position, and return to a sitting position without using hands for 10 repetitions.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

30.████ will pick up objects from the floor from a standing position without falling.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

1.████ will pick up objects from the floor from a standing position without falling.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

31.████ will regain balance while standing unsupported and when physically challenged for 10 repetitions.
    Evaluation Criteria: 80% success, over 6 weeks

Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Physical Therapist

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓ will regain balance while standing unsupported and when physically challenged for 10 repetitions.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

32. ▓▓▓ will tandem walk a line for 10 feet.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓ will tandem walk a line for 10 feet.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

33. ▓▓▓ will utilize her dominant hand and leg when participating in gross motor and fine motor activities.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓ will utilize her dominant hand and leg when participating in gross motor and fine motor activities.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

34. ▓▓▓ will walk and pull a toy along for 20 feet.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓ will walk and pull a toy along for 20 feet.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

35. ▓▓▓ will walk on uneven terrain adjusting to obstacles for 1 minute.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Physical Therapist

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ▓▓▓ will walk on uneven terrain adjusting to obstacles for 1 minute.
    Criteria: 80% success, over 6 weeks

Schedule/By: By the end of summer services

36.▓▓▓will walk up and down a curb or step.
Evaluation Criteria: 80% success, over 6 weeks
Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Physical Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1.▓▓▓ will walk up and down a curb or step.
Criteria: 80% success, over 6 weeks
Schedule/By: By the end of summer services

37.▓▓▓ will walk around or over obstacles in the classroom without falling.
Evaluation Criteria: 80% success, over 6 weeks
Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Physical Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1.▓▓▓will walk around or over obstacles in the classroom without falling.
Criteria: 80% success, over 6 weeks
Schedule/By: By the end of summer services

38.▓▓▓ will ascend and descend stairs, step-over-step using a handrail.
Evaluation Criteria: 80% success, over 6 weeks
Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Physical Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1.▓▓▓ will ascend and descend stairs, step-over-step using a handrail.
Criteria: 80% success, over 6 weeks
Schedule/By: By the end of summer services

39.▓▓▓will broad jump for 1 foot.
Evaluation Criteria: 80% success, over 6 weeks
Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Physical Therapist

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1.▓▓▓will broad jump for 1 foot.
Criteria: 80% success, over 6 weeks
Schedule/By: By the end of summer services

## BASIC COGNITIVE/DAILY LIVING SKILLS
### Annual Goal

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

40.▓▓▓will visually track an object moving horizontally for at least 1 minute.
Evaluation Criteria: 85% success, over 6 weeks
Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Special Education Teacher

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ██████ will visually track an object moving horizontally for at least 30+ seconds.
   Criteria: 85% success, over 6 weeks
   Schedule/By: By the end of summer services

41. When presented with several shapes, ██████ will match them with other similar simple shapes (e.g. different triangles).
   Evaluation Criteria: 85% success, over 6 weeks
   Procedure to Evaluate Goal: Evaluated by utilizing teacher observation
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. When presented with several shapes, ██████ will match them with other similar simple shapes (e.g. different triangles).
   Criteria: 70% success, over 6 weeks
   Schedule/By: By the end of summer services

42. Upon request, ██████ will give 10 objects to teacher or student.
   Evaluation Criteria: 85% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. Upon request, ██████ will give 5 objects to teacher or student.
   Criteria: 85% success, over 6 weeks
   Schedule/By: By the end of summer services

43. ██████ will sort, group and classify 10 objects.
   Evaluation Criteria: 85% success, over 6 weeks
   Procedure to Evaluate Goal: Evaluated by utilizing teacher observation
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ██████ will sort, group and classify 10 objects.
   Criteria: 75% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

44. ██████ will classify 10 objects (e.g., animals, shapes) by category and indicate if they are the same or different.
   Evaluation Criteria: 85% success, over 6 weeks
   Procedure to Evaluate Goal: Evaluated by utilizing teacher observation
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

1. ██████ will classify 5 objects (e.g., animals, shapes) by category and indicate if they are the same or different.
   Criteria: 85% success, over 6 weeks
   Schedule/By: By the end of summer services

45. When given a piece of paper and a crayon or pencil, ██████ will scribble on the paper while holding down the paper with his other hand.
   Evaluation Criteria: 85% success, over 6 weeks

Procedure to Evaluate Goal: Recorded observations
Evaluation Schedule: By the end of summer services
Primary Responsibility: Special Education Teacher

1. When given a piece of paper and a crayon or pencil, ▅▅▅ will scribble on the paper while holding down the paper with his other hand.
   Criteria: 80% success with moderate assistance, over 6 weeks
   Schedule/By: By the end of summer services

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

46. ▅▅▅ will dress and undress using articles of clothing without buttons or fasteners.
   Evaluation Criteria: 90% success, over 6 weeks
   Procedure to Evaluate Goal: Evaluated by utilizing teacher observation
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

| | | | |
|---|---|---|---|
|   |   |   |   |

1. ▅▅▅ will dress and undress using articles of clothing without buttons or fasteners.
   Criteria: 75% success, over 6 weeks
   Schedule/By: By the end of summer services

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

47. ▅▅▅ will indicate having wet or soiled herself, verbally or nonverbally.
   Evaluation Criteria: 85% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Special Education Teacher

| | | | |
|---|---|---|---|
|   |   |   |   |

1. ▅▅▅ will indicate having wet or soiled herself, verbally or nonverbally.
   Criteria: 65% success, over 6 weeks
   Schedule/By: By the end of summer services

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

48. ▅▅▅ will sit on the toilet for 2 minutes without protest.
   Evaluation Criteria: 5 out of 5 trials, for 5 consecutive days
   Procedure to Evaluate Goal: Evaluated by utilizing teacher observation
   Evaluation Schedule: daily
   Primary Responsibility: Special Education Teacher

| | | | |
|---|---|---|---|
|   |   |   |   |

1. ▅▅▅ will sit on the toilet for 1 minute without protest.
   Criteria: 3 out of 5 trials, for 5 consecutive days
   Schedule/By: daily

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

**VISION**

**Annual Goal**

49. ▅▅▅ will scan a surface in a systematic way to locate and retrieve dropped objects and locate large objects beyond her arms reach.
   Evaluation Criteria: 80% success, over 6 weeks
   Procedure to Evaluate Goal: Recorded observations
   Evaluation Schedule: By the end of summer services
   Primary Responsibility: Vision Services Teacher

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

1. ▅▅▅ will scan a surface in a systematic way to locate and retrieve dropped objects

| 1 | 2 | 3 | 4 |
|---|---|---|---|
|   |   |   |   |

and locate large objects beyond her arms reach.
    Criteria: 65% success, over 6 weeks
    Schedule/By: By the end of summer services

50. ████ will look at or turn toward the face of a person who is talking.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Vision Services Teacher

1. ████ will look at or turn toward the face of a person who is talking.
    Criteria: 65% success, over 6 weeks
    Schedule/By: By the end of summer services

51. ████ will fixate on a light or an object for 5 minutes.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Vision Services Teacher

1. ████ will fixate on a light or an object for 2 minutes.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

52. ████ will track a light or object.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Vision Services Teacher

1. ████ will track a light or object.
    Criteria: 65% success, over 6 weeks
    Schedule/By: By the end of summer services

53. ████ will maintain her attention span during group lessons for at least 5 minutes.
    Evaluation Criteria: 80% success, over 6 weeks
    Procedure to Evaluate Goal: Recorded observations
    Evaluation Schedule: By the end of summer services
    Primary Responsibility: Vision Services Teacher

1. ████ will maintain her attention span during group lessons for at least 2 minutes.
    Criteria: 80% success, over 6 weeks
    Schedule/By: By the end of summer services

**Minisink Valley Central School District**
**Committee on Preschool Special Education**
**P.O. Box 217**
**Slate Hill, NY 10973**
**845-355-5105**



April 13, 2007

Dear Mr. & Mrs. ████████

Re: Alexa Wilson

After careful consideration and review, the Committee on Preschool Special Education has recommended that your child receive special education services as indicated on the enclosed Individualized Education Program (IEP). The IEP indicates the evaluations used by the Committee as a basis for its decision and other program options considered and reasons, if rejected, for providing appropriate services in the least restrictive environment.

If you have any questions regarding this notice, please do not hesitate to contact our office. Upon your request, we will arrange a meeting to discuss any questions that you may have about the recommendation or provide you with additional resources to contact to obtain assistance in understanding this information. Previously you have received a Procedural Safeguards Notice that explains your rights regarding the special education process, but if you need an additional copy, please contact our office.

Sincerely,

*Shelly Matlofsky*

Shelly Matlofsky
CPSE Chairperson

Encl.:  Individualized Education Program

# EXHIBIT "O"



# DEPARTMENT OF HEALTH

**Jean M. Hudson, M.D., M.P.H.**
Commissioner of Health

**Edward A Diana**
*County Executive*

124 Main Street
Goshen, New York 10924

| | |
|---|---|
| Commissioner/Administration | (845) 291-2332 |
| Nursing | (845) 291-2330 |
| Environmental Health | (845) 291-2331 |
| Early Intervention | (845) 291-2333 |

Fax: (845) 291-2341
www.orangecountygov.com

July 30, 2007

Mrs. Anita A. Wilson
540 S. Centerville Road
Middletown, New York 10940

Dear Mrs. Wilson:

In response to your telefax of July 23, 2007 by which you forwarded the July 10, 2007 letter of Dr. Rick Abbott, Alexa's neurosurgeon, asking that we evaluate the current transportation situation and consider a more direct route for Alexa.

Other than one child who lives in Highland Falls and is transported to Goshen, First Student, Alexa's bus company, does not transport preschool children on either Route 87 (New York State Thruway) or Route 6 and Palisades Parkway because of their concern, based on past experience, that in the event of a traffic tie up, a bus may be stranded several miles from the next available exit onto secondary roads. Such a situation could result in a young child being stuck on a bus for an extended period of time, raising health and safety concerns relating to hydration, toileting, temperature control and access to medical facilities in an emergency.

The time studies were performed by Globe Ground, our transportation coordinator, demonstrate a lack of significant difference between the three possible routes:

Route A (currently being used, via Route 17)
03/23/07    Left 7:16 a.m.
            Arrived Keller School 8:51 a.m.
            Time 95 mins.

Route B via Route 6 and Palisades Parkway
03/28/07    Left 7:13 a.m.
            Arrived Keller School 8:37 a.m.
            Time 84 mins.

Route C via Route 87
04/19/07    Left 7:22 a.m.
            Arrived 8:50 a.m.
            Time 88 mins.

2

We do not believe that reducing the length of the trip by seven minutes, or even 11 minutes, outweighs the risk of negative health and safety consequences should a school bus be trapped between exits for an extended period of time on either the Thruway or Palisades Parkway.

I hope you understand that our primary concern is for Alexa's well being, and that in balancing all of the factors involved we have come to the conclusion that the current route best meets Alexa's needs.

Sincerely yours,

Jean M. Hudson, M.D., M.P.H.
Commissioner of Health

Cc:  Sheila Warren, Director of Intervention Services
     Dr. Rick Abbott