**EXHIBIT "M"**

## DEPARTMENT OF HEALTH

Jean M. Hudson, M.D., M.P.H.
Commissioner of Health

124 Main Street
Goshen, New York 10924

| | |
|---|---|
| Commissioner/Administration | (845) 291-2332 |
| Nursing | (845) 291-2330 |
| Environmental Health | (845) 291-2331 |
| Early Intervention | (845) 291-2333 |
| Fax: (845) 291-2341 | |

**Edward A Diana**
*County Executive*

February 20, 2004

Mr. & Mrs. Flynn
17 Breezeway Lane
Goshen, N. Y. 10924

Dear   Mr. & Mrs. Flynn:

    Welcome to Orange County's Early Intervention Program.  This program is designed to help you and your family meet the special needs of your child **Brendan Flynn**.  To help you in this process I have enclosed some materials for you.  The booklet, <u>Your Family Rights</u>, provides a description of the program and your rights in Early Intervention.  In addition, a letter explaining the use of private insurance in Early Intervention is enclosed.

    **Susan Lee**, as your Initial Service Coordinator, will assist you in obtaining evaluations and services.  The Initial Service Coordinator can be reached at **291-4539**

    We look forward to working with you through the Early Intervention process.  Please feel free to call your Service Coordinator if you have any questions or concerns about your child, the Early Intervention Program or the enclosed materials.

Sincerely,

Sheila D. Warren
Director of Intervention Services

SW/bf

Encs.

Cc: Susan Lee

# STATE OF NEW YORK
# DEPARTMENT OF HEALTH

Corning Tower    The Governor Nelson A. Rockefeller Empire State Plaza    Albany, New York 12237

Antonia C. Novello, M.D., M.P.H., Dr.P.H.
Commissioner

Dennis P. Whalen
Executive Deputy Commissioner

June 1, 2003

Dear Parent:

Insurance is a routine and required payment source for services provided under the Early Intervention Program. Private insurance is used to help pay for early intervention services to make sure that public funds stretch as far as possible in serving children like yours who can be helped by these important services.

Under Public Health Law and regulation:

- Your Early Intervention Official (EIO) must collect, and you must provide, information and documentation about your child's insurance coverage, including Medicaid and other government payers. Your service coordinator will collect this information and give it to your EIO. This information includes: the type of insurance policy or health benefits plan, the name of the insurer or plan administrator, the policy or plan identification number, the type of coverage in the policy and any other information needed to bill your insurance. Your service coordinator will explain your rights and responsibilities, and the protections that the law provides for families.

- Your Early Intervention Official must collect, and you must provide, your social security number and your child's social security number.

**The early intervention services your child needs will be at no cost to your family.** You will not be asked to pay any out-of-pocket costs, such as deductibles or co-payments, for services your child and family get under the Early Intervention Program. In addition, the New York State Insurance Law prohibits insurers from charging any benefits paid for early intervention services against any maximum annual or lifetime policy limits ("caps"). This means that any payment made by your insurance company for early intervention services will not decrease your family's total insurance coverage.

If use of private insurance would result in any cost to your family (for example, your employer is self-insured and therefore not prohibited from applying EI payments against a policy cap), your insurance may not be billed without your informed consent. Incidental costs, such as the time needed to file an insurance claim or the postage needed to mail the claim, are not considered a cost to your family.

Appendix C                                43

If you decline to provide your insurance information to your service coordinator, your Early Intervention Official (EIO) will be required to notify us, unless you provide documentation from your insurer that your insurance policy is not subject to New York State Insurance Law. The EIO must certify that you have been fully informed about the protections in State law when insurance is used for early intervention services. The EIO must also inform us of the reason why you declined to provide insurance information.

**The early intervention services available to your child and family will not be limited to what is covered by your insurance.** Your early intervention official has to make sure that appropriate early intervention services are provided to your child, even if you have no insurance.

If you have any questions about the information in this letter, please ask your service coordinator or call the New York State Department of Health, Early Intervention Program at 518-473-7016.

    Sincerely,

    *[signature]*

    Barbara L. McTague
    Acting Director
    Early Intervention Program



Edward A. Diana
*County Executive*
Jean M. Hudson, M.D., M.P.H.
*Commissioner of Health*

# FAX

# TRANSMISSION

ORANGE COUNTY DEPARTMENT OF HEALTH

Intervention Services
124 Main Street
Goshen, NY 10924
Phone: (845) 291-2333  Fax: (845) 291-2418

TO: Michelle Feldman, Lamb & Barnosky

DATE: 10/15/07

FAX: 631-454-3806

PAGES: 3 with cover

FROM: Sheila Warren

SUBJECT: PRIVILEGED & CONFIDENTIAL

COMMENTS: Attached is a letter to parents regarding insurance.

"This information has been disclosed to you from confidential records which are protected by state law. State law prohibits you from making further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of state law may result in a fine or jail sentence or both. A general authorization for the release of medical or other information is NOT sufficient authorization for further disclosure."

If you are not the intended recipient, immediately notify this department by telephone or facsimile and destroy the protected information.