

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

S.W., by her parent and natural guardian, J.W.,
individually and on behalf of all others similarly
situated; B.F., by his parent and natural guardian, P.F.,
individually and on behalf of all others similarly
situated; J.F. and P.F., by their parent and natural guardian,
A.F., individually and on behalf of all others similarly
situated; L.T., by her parent and natural guardian, R.T.,
individually and on behalf of all others similarly situated,

**STIPULATION
EXTENDING TIME
TO ANSWER**

Civ. Action No.
07 CIV 5708 (WCC)

ECF CASE

Plaintiffs,

- against -

COUNTY OF ORANGE,

Defendants.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel

of record for the parties in the above captioned action, that the time for the defendant County of

Orange to answer the plaintiffs' complaint, be and the same is hereby extended to and including

January 14, 2008.

Copies of this Stipulation containing facsimile signatures will be deemed originals hereof.

Dated: November 30, 2007

LAMB & BARNOSKY, LLP
Attorneys for Defendant County of Orange

By: _Sharon Berl (6480)_
        Sharon N. Berlin
534 Broadhollow Road, P.O. Box 9034
Melville, New York 11747-9034
(631) 694-2300

#198983 v1 r

SUSSMAN & WATKINS
Attorneys for Plaintiffs

By: _MHS (3497)_
        Michael Sussman
40 Park Place, P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

So ORDERED
12/3/07

William C. Conner
Sr. U.S.D.J
dated 12/3/07